IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                            4:01-CR-00018-06-BRW

GLEN JACKSON

ORDER

Pending is a Motion to Dismiss Revocation Petition (Doc. No. 188) filed by the United States in the above styled matter. After a review of the Motion and there being no objection from the defendant, or the Probation Office, the Court finds that the Motion should be, GRANTED. The Motions to Revoke Supervised Release (Doc. No.179 & 180) are dismissed.

IT IS SO ORDERED this 11th day of April, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE